Michael R. Brooks, State Bar No. 167315
Bruce T. Bauer, State Bar No. 149781
**BROOKS BAUER, LLP**
2677 N. Main Street, Suite 560
Santa Ana, CA 92705-6632
Telephone (714) 558-1961; Facsimile (714) 564-9302

Attorneys for Intervenor, Kondaur Capital Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nwakuche UG<br><br>an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MORTGAGE LENDER SERVICES, INC., a California Corporation, VERICREST FINANCIAL SERVICES f.k.a CIT GROUP/SALES FINANCING, INC., COUNTRYWIDE FINANCIAL CORPORATION., COUNTRYWIDE HOME LOANS, INC., and COUNTRYWIDE HOME LOAN SERVICING, LP, DOES 1 through 25, inclusive<br><br>　　　　　Defendants. | Case No: 3:10-cv-04897-JCS<br>(Related Fed. Ct. Cases Nos.<br>C 10-04643 JC and C 10-04737)<br>Assigned for All Purposes:<br>Magistrate Judge Joseph C. Spero<br>(Notice of Removal by Plaintiff filed on Oct. 28, 2010, from Contra Costa Sup. Ct. Case No: C09-03587)<br><br>**KONDAUR CAPITAL CORPORATION'S NOTICE OF REQUEST TO APPEAR TELEPHONICALLY AT ORDER TO SHOW CAUSE HEARING**<br><br>**HEARING DATE:**<br>**Date: February 18, 2011**<br>**Time: 9:30 a.m.**<br>**Dept.: A** |

TO ALL PARTIES AND/OR THEIR ATTORNEYS OF RECORD:

/ / / /

---

- 1 -
KONDAUR CAPITAL CORPORATION'S NOTICE OF REQUEST TO APPEAR TELEPHONICALLY AT
ORDER TO SHOW CAUSE HEARING

PLEASE TAKE NOTICE that Intervenor, KONDAUR CAPITAL CORPORATION hereby respectfully requests permission to appear telephonically at the Order to Show Cause Hearing before Magistrate Judge Joseph C. Spero set for February 18, 2011, at 9:30 a.m., in Department A.

Because counsel for KONDAUR CAPITAL CORPORATION is located in Santa Ana, California, it would be an undue hardship to have to appear personally for a Status Conference that is more than 400 miles away.

The appearing attorney at the Status Conference Re: Consent will be Bruce T. Bauer. He will be available at telephone number (714)558-1961 to make such telephonic appearance

Respectfully submitted,

BROOKS BAUER, LLP

Dated: February 10, 2011    By:    /s/ Bruce T. Bauer
                                    Bruce T. Bauer
                                    Attorneys for Intervenor,
                                    Kondaur Capital Corporation

IT IS HEREBY ORDERED that Mr. Bauer shall be on phone standby beginning at 9:30 AM and await the Court's call.

Dated: Feb. 10, 2011



IT IS SO ORDERED
Judge Joseph C. Spero

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2677 N. Main Street, Suite 560, Santa Ana, CA 92705-6632.

On **February 10, 2011**, I served a copy of the following document(s): **KONDAUR CAPITAL CORPORATION'S NOTICE OF REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE RE: CONSENT ON FEBRUARY 18, 2011** on the interested parties in this action:

__X__  **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with First Class postage, thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. I have placed a true and correct copy thereof in a sealed envelope(s) with postage thereon fully prepaid addressed as follows:

__X__  **BY ELECTRONIC MAIL:** I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the below listed CM/ECF registrant(s).

Nwakuche UG
1315 Alma Ave, #151
Walnut Creek, CA 94596
(925)690-8187
*Plaintiff PRO SE*

Casey J. McTigue, Esq.
Severson & Werson, P.C.
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
(415) 398-3344/ Fax: (415) 956-0439
*Attorneys for Defendant Countrywide Home Loans, Inc.*

**STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

**FEDERAL:** I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **February 10, 2011**, at Santa Ana, California.

/s/ Jennifer J. Vogel Patton
JENNIFER J. VOGEL PATTON