Mark D. Estle (CA Bar No. 135004)
THE ESTLE LAW FIRM
12520 High Bluff Drive, Suite 265
San Diego, California 92130
Telephone (858)720-0890
Facsimile (858)720-0092

Attorney for Secured Creditor
KONDAUR CAPITAL CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>KONDAUR CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>UZOMA G. NWAKUCHE,<br><br>Defendant. | Case No. 3:10-cv-04643-JCS<br>(Related Fed. Ct. Case Nos.<br>C-10-04897-JCS and C-04737)<br>Assigned for All Purposes:<br>Magistrate Judge Joseph C. Spero<br>(Notice of Removal by Defendant filed on<br>Oct. 28, 2010, from Contra Costa Sup. Ct.<br>Case No. C09-03587)<br><br>KONDAUR CAPITAL CORPORATION'S<br>NOTICE OF REQUEST TO APPEAR<br>TELEPHONICALLY AT PLAINTIFF'S<br>ORDER TO SHOW CAUSE HEARING<br><br>HEARING DATE:<br>Date: February 18, 2011<br>Time: 9:30 a.m.<br>Dept. A |

TO ALL PARTIES AND/OR THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Intervenor KONDAUR CAPITAL CORPORATION hereby respectfully requests permission to appear telephonically at the Order to Show Cause Hearing before Magistrate Judge Joseph C. Spero set for February 18, 2011, at 9:30 a.m., in Department A.

Because counsel for KONDAUR CAPITAL CORPORATION is located in San Diego, California, it would be an undue hardship to have to appear personally for a Status Conference that is more than 400 miles away.

/ / / /

1
KONDAUR CAPITAL CORPORATION'S NOTICE OF REQUEST TO APPEAR TELEPHONICALLY AT ORDER TO SHOW CAUSE HEARING

1     The appearing attorney at the Status Conference re: Consent will be Mark D. Estle. He
2 will be available at telephone number (858) 720-0890 to make such telephonic appearance.
3 Respectfully submitted,

5                                           THE ESTLE LAW FIRM

8 DATED: February 11, 2011                 By:   /s/ Mark D. Estle
                                                      MARK D. ESTLE,
                                                       Attorney for Movant
9                                                       KONDAUR CAPITAL CORPORATION

12 IT IS HEREBY ORDERED that counsel shall establish a conference call number and pass code
13 by Wed., February 16, 2011, and provide the information to counsel and the Court.

14 Dated: Feb. 14, 2011

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*

---

2

KONDAUR CAPITAL CORPORATION'S NOTICE OF REQUEST TO APPEAR TELEPHONICALLY AT ORDER TO SHOW CAUSE HEARING

## PROOF OF SERVICE

I am employed in the county of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 12520 High Bluff Drive, Suite 265, San Diego, CA 92130.

On February 11, 2011, I served a copy of the following document(s): KONDAUR CAPITAL CORPORATION'S NOTICE TO REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE RE: CONSENT ON FEBRUARY 18, 2011 on the interested parties in this action:

__X__ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with First Class postage, thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or the postage meter date is more than one day after the date for deposit for mailing in affidavit. I have placed a true and correct copy thereof in a sealed envelope(s) with postage thereon fully prepaid addressed as follows:

__X__ BY ELECTRONIC MAIL: I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the below listed CM/ECF registrant(s).

| | |
|---|---|
| Nwakuche UG<br>1315 Alma Ave, #151<br>Walnut Creek, CA 94596<br>(925) 690-8187<br>Plaintiff PRO SE | Casey J. McTigue, Esq.<br>Severson & Werson, P.C.<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>(415) 398-3344/Fax: (415) 956-0439<br>Attorneys for Defendant Countrywide Home Loans, Inc. |

STATE: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

FEDERAL: I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on February 11, 2011, at San Diego, California.

   /s/Yvette Brinkman
YVETTE BRINKMAN

KONDAUR CAPITAL CORPORATION'S NOTICE OF REQUEST TO APPEAR TELEPHONICALLY AT ORDER TO SHOW CAUSE HEARING