Uzoma G. Nwakuche
1315 Alma Ave. #151
Walnut Creek, CA 94596
Tel: 925-690-8187

Defendant, In Pro Per

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| , KONDAUR CAPITAL CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>, UZOMA G. NWAKUCHE,<br><br>　　　　　Defendant | Case No.: C-10-4643 JCS<br>Related Case No.: C-10-4897 JCS<br><br>**NOTICE OF REQUEST TO APPEAR TELEPHONICALY AT ORDER TO SHOW CAUSE HEARING**<br><br>Date: February 18, 2011<br>Time: 9.30 am<br>Dept. A |
| , NWAKUCHE UG,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MORTGAGE LENDER SERVICES, ET AL<br><br>　　　　　Defendant | |

　　　Defendant, Uzoma Nwakuche apologizes for the late filing of the above notice and pleads with the court to make an exception, permitting defendant to appear telephonically at the order to show cause hearing scheduled for February 18, 2011 at 9.30 am.

　　　Defendant is currently in Nigeria for work and suffered technical difficulties that delayed the timely filing of this notice.

- 1

Respectfully submitted:

Date: 2/16/2011

/s/ Uzoma Nwakuche
_____
Defendant, In Pro Per

The conference call in number for Friday's hearing is 866 398 9973, and the participant code is 345678.

Dated:  Feb. 16, 2011

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2