UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONDAUR CAPITAL CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>UZOMA G. NWAKUCHE,<br><br>    Defendant.<br>_____/ | Case No.  C-10-4643 JCS<br><br>**ORDER REMANDING C-10-4643 TO CONTRA COSTA COUNTY** |
| NWAKUCHE UG,<br><br>    Plaintiff,<br><br>  v.<br><br>MORTGAGE LENDER SERVICES, ET AL.,<br><br>    Defendant.<br>_____/ | Related Case No. C-10-4897 JCS |

Plaintiff Kondaur Capital Corporation has filed a motion to remand Case No. C-10-4643 JCS to Contra Costa County Superior Court following Defendant Uzoma G. Nwakuche's removal of this unlawful detainer action to federal court on the ground that the action is related to a pending bankruptcy case. A hearing was held on February 18, 2011 at 9:30 a.m., at which Defendant and counsel for Plaintiff Kondaur Capital appeared telephonically.

//

//

//

For the reasons stated on the record at the hearing, Case No. C-10-4643 is hereby REMANDED to the Superior Court for the State of California, Contra Costa County for all further proceedings.

IT IS SO ORDERED.

Dated: February 18, 2011

```
_____
JOSEPH C. SPERO
United States Magistrate Judge
```